AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Lyrah Hernandez, *as Special Administrator for the Estate of Luis Cruz*, <br> *Plaintiff*, <br> v. <br> City of Peoria, Ryan Isonhart and Nicholas Mason <br> *Defendants.* | ) ) ) ) ) ) Civil Action No. 19-CV-1153 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The issues have been tried and the jury has entered its verdict in favor of the defendants, City of Peoria and Ryan Isonhart and against the plaintiff, Lyrah Hernandez, *as Special Administrator for the Estate of Luis Cruz.* **IT IS FURTHER ORDERED AND ADJUDGED** that defendant, Nicholas Mason was dismissed as a party to this lawsuit on 8/5/2022.

This action was *(check one)*:

☒ tried by a jury with Judge  James E. Shadid  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  James E. Shadid  on a motion for Summary Judgment.

Date:  8/25/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Approved by JES on 8/25/2023.